# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NICHOLAS J. PEPPER,
    Plaintiff,

    v.

                                                        C.A. No. 21-248 JJM

BROWN UNIVERSITY and
SHEILA COLEMAN, in her individual/
official capacity as Director of Human
Resources,
    Defendants.

## **JUDGMENT**

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendants Brown University and Sheila Coleman and against Plaintiff Nicholas J. Pepper pursuant to the Memorandum and Order entered on November 2nd, 2023 by this Court.

                                                                     Enter:

                                                                       /s/ Ryan H. Jackson
                                                                       Deputy Clerk

Dated: November 2, 2023